UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Charles Edward Moon III
49 Ironwood St
Tunkhannock PA 18657

(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 14-1350
(to be supplied by Clerk
of the District Court)

v.

Wilkes-Barre VA hosp.
Coatsville VA hosp.
Tampa VA hosp.

(Enter above the full name of
the defendant(s) in this action)

FILED
SCRANTON
JUL 1 5 2014
PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff  Charles E Moon III  a citizen of the County of  Wyoming  State of Pennsylvania, residing at  49 Ironwood St Rm 1  wishes to file a complaint under  38 USC Title 1151
(give Title No. etc.)

2. The defendant is  Veterans Administration

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

See next page

3. (CONTINUED) The V.A. used a Bad mix of medicine on me, most of witch was not aproved by the Food and Drug administration, That caused Jorious physical and mental disabilityies

4. WHEREFORE, plaintiff prays that The court will order mri's and a complete nuerological work up so I my prove what They did

(Signature of Plaintiff)



Chyresemoon Pak
49 Iran Woods Drive
Tunkhannock PA 18657

NO FEE
ENCLOSED

US District Court for the middle District of Penna
235 N Washington Ave
PO Box 1148
Scranton
PA 18501-1148

USPS $0.70 JUL 14 14
RECEIVED SCRANTO JUL 15 2014